# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DUKES, | Case No. EDCV 11-1109-CJC (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| WARDEN CASH, et al., | |
| Respondents. | |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 27, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE